**Opinion issued November 10, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00720-CR

———————————

## IN RE MICHAEL HOSEA, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION[1]

Relator, Michael Hosea, pro-se, has filed a petition for writ of mandamus, seeking an order compelling the trial court to send him medical records and an affidavit from a jail doctor.

We deny the petition for writ of mandamus. We overrule all pending motions as moot.

---

[1] The underlying case is *State of Texas v. Michael Hosea*, cause number 9415203, pending in the 232nd District Court of Harris County, Texas, the Honorable Mary Lou Keel presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).